JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALFREDO VILLA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL A. SMELOSKY, Warden,<br><br>    Respondent. | Case No. CV 08-8170-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 6/22/09

_____
Dale S. Fischer
United States District Judge